UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 418-188 |
| | ) | |
| v. | ) | |
| | ) | |
| CALOLO JEAN-BAPTISTE | ) | |

## ORDER FOR DISMISSAL

The amended motion of the government for an order dismissing, without prejudice, the information against CALOLO JEAN-BAPTISTE is GRANTED. The information is hereby dismissed without prejudice.

So ORDERED, this 13th day of December, 2019.

_____
CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA